UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                         Case No. 95-cr-40013-JPG-001

BESSIE M. OLIVER,

        Defendant.

## MEMORANDUM AND ORDER

       This matter comes before the Court for case management purposes following entry of the Amended Order Granting Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) for defendant Bessie M. Oliver (Doc. 498).   Oliver's original sentence included a term of life in prison.   Since the Court envisioned Oliver remaining in prison for the remainder of her life, it did not at that time order any term or conditions of supervised release.   However, the Court's recent sentence reduction order reduced Oliver's term of imprisonment on three of the four counts of conviction, including the term of life imprisonment, and imposed a term of supervised release for those counts as required by statute.   *See* 18 U.S.C. § 3583(a); 21 U.S.C. §§ 841(b)(1)(A) and 841(b)(1)(C); 21 U.S.C. § 859.   Since Oliver's sentence now includes supervised release, it is necessary to impose appropriate conditions.   To this end, the Court:

- **ORDERS** that a sentencing hearing be held on October 7, 2015, at 1:30 p.m. in Benton, Illinois, for the purpose of imposing conditions of supervised release.   The Government is responsible for obtaining Oliver's presence in person at the hearing;

- **DIRECTS** that Recommended Conditions of Supervision for Oliver shall be prepared, distributed, and otherwise governed by the procedures and deadlines established in Local Rule Cr. 32.1(b) for Presentence Investigation Reports; and

- **ORDERS** that the Federal Public Defender's representation of Oliver relating to the sentence reduction proceedings shall continue through the imposition of conditions of supervised release.

**IT IS SO ORDERED.**
**DATED:   June 10, 2015**

                        s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**